UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VELOX MEDIA, LLC, an Idaho limited liability company,<br><br>        Plaintiff/Counterdefendant,<br><br>v.<br><br>THE MILLION ROSES, INC., a California corporation,<br><br>        Defendant/Counterclaimant. | Case No. 1:23-cv-00328-AKB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Joint Stipulation for Dismissal of Entire Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Dkt. 20),

**IT IS HEREBY ORDERED** that the above-entitled action, including all claims and counterclaims, is hereby **DISMISSED with prejudice**, with each party to bear its own costs, expenses and attorney fees. The Clerk is directed to close this case.

DATED: April 02, 2024

_Amanda K. Brailsford_
Amanda K. Brailsford
U.S. District Court Judge

**ORDER OF DISMISSAL WITH PREJUDICE - 1**